UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI-DADE DIVISION

In re:

**ALEX OTERO**
SSN: XXX-XX-4186

Case Number: 14-35582-LMI
Chapter 13

    Debtor.
_____/

**DEBTOR'S MOTION TO VACATE ORDER OF DISMISSAL, REINSTATE CASE, CONVERT CASE TO CHAPTER 7 AND TO ALLOW SUBSTITUTION OF COUNSEL**

    The Debtor, **ALEX OTERO**, by and through undersigned counsel, files this *Motion to Vacate Order of Dismissal, Reinstate Case, Convert Case to a Chapter 7 Case and to Allow Substitution of Counsel,* and avers:

1. This case was filed as a Chapter 13 bankruptcy on November 19, 2014.

2. The case was dismissed on April 14, 2015 for the Debtor's failure to comply with the Trustee's notice of deficiency for confirmation.

3. The Debtor wishes to convert his case to a Chapter 7 because he does not have the ability to make Chapter 13 plan payments.

4. The Debtor requests that Kingcade & Garcia, P.A. be allowed to substitute as his counsel in place of Eduardo E. Dieppa, Esq.

5. The Debtor respectfully requests that the court enter an order reinstating the Chapter 13 case, converting the case to a Chapter 7 and allowing Timothy S. Kingcade of Kingcade & Garcia, P.A. to substitute as his counsel.

    **WHEREFORE** the Debtor respectfully requests that this Court vacate the order of dismissal entered on April 14, 2014, convert this case to a Chapter 7, allow the substitution of counsel and grant any other relief deemed just and proper.

## CERTIFICATE PURSUANT TO LOCAL RULE 9011-4(B)

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was sent via CM/ECF to or Regular US Mail to all parties on the attached service list on April 23, 2015.

**KINGCADE & GARCIA, P.A**
Counsel for the Debtor
Kingcade Building
1370 Coral Way ▪ Miami, Florida 33145-2960
WWW.MIAMIBANKRUPTCY.INFO
Telephone: 305-285-9100 ▪ Facsimile: 305-285-9542

/s/ Timothy S. Kingcade_____

x   Timothy S. Kingcade, Esq., FBN 082309
    Wendy Garcia, Esq., FBN 0865478
    Jessica L. McMaken, Esq., FBN 580163

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-1<br>Case 14-35582-LMI<br>Southern District of Florida<br>Miami<br>Thu Apr 23 15:59:43 EDT 2015 | Americredit Financial Services Inc. dba GM F<br>P O Box 183853<br>Arlington, TX 76096-3853 | Ocwen Loan Servicing, LLC<br>c/o Raychelle Tasher, Esq.<br>Robertson, Anschutz & Schneid, P.L.<br>6409 N. Congress Avenue, Suite 100<br>Boca Raton, FL 33487-2853 |
| (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | Calvalry SPV I, LLC.<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Rd. Suite 200<br>Tucson, AZ 85712-1083 | Capital One Bank (USA) N.A.<br>PO Box 30281<br>Salt Lake City, UT 84130-0281 |
| Citibank<br>ATTN: Bankruptcy Department<br>701 E 60th St N<br>Sioux Falls, SD 57104-0493 | First Premier Bank<br>3820 N LOUISE AVE<br>Sioux Falls, SD 57107-0145 | Gm Financial<br>Po Box 181145<br>Arlington, TX 76096-1145 |
| Hsbc Bank Nevada N.<br>Attn: Bankruptcy Department<br>PO Box 5213<br>Carol Stream, IL 60197-5213 | Hunt & Kahn, PA<br>PO Box 934788<br>Margate FL 33093-4788 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| Jared Jewelers<br>375 Ghent Rd<br>Fairlawn, OH 44333-4601 | MIDLAND FUNDING<br>8875 AERO DR STE 200<br>SAN DIEGO, CA 92123-2255 | Ocwen Loan Servicing L<br>1661 Worthington Rd<br>Ste. 100<br>West Palm Beach, FL 33409-6493 |
| Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 | (p)TROPICAL FINANCIAL CREDIT UNION<br>3050 CORPORATE WAY<br>MIRAMAR FL 33025-6548 | Unifund<br>10625 Techwoods Circle<br>Cincinnati, OH 45242-2846 |
| Alex Otero<br>15949 SW 66 Terr<br>Miami, FL 33193-3648 | Eduardo E Dieppa III<br>2097 W 76 St<br>Hialeah, FL 33016-1834 | Nancy K. Neidich<br>www.ch13herkert.com<br>POB 279806<br>Miramar, FL 33027-9806 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Bank Of America<br>4161 Piedmont Pkwy<br>Greensboro, NC 27410 | Internal Revenue Service<br>SPF - Bankruptcy<br>PO Box 17167 Stop 5760<br>Attn: Bankruptcy Unit<br>Ft. Lauderdale, FL 33318 | Tropical Financial Credit Union<br>3050 Corporate Way<br>MIRAMAR, FL 33025 |
| (d)Tropical Financial Cu<br>PO Box 829517<br>Pembroke Pines, FL 33082 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Miami | (d)Americredit Financial Services Inc. dba GM<br>P O Box 183853<br>Arlington, TX 76096-3853 | End of Label Matrix<br>Mailable recipients    20<br>Bypassed recipients    2<br>Total                  22 |